

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-15-2017

March 14, 2017

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **United States v. Allen, et al.**
**16 Cr 397 (LTS)**

Dear Judge Swain:

The Government writes to respectfully request that the Court adjourn the upcoming pretrial conference in this case, currently scheduled for March 16, 2017 at 11:00 am. To date, three defendants have entered guilty pleas, and the Government and defense counsel for the remaining defendants are engaged in discussions regarding pretrial resolution of this case. An additional thirty days would allow for continued discussions, and for the parties to appear at the next conference with a better ability to set a trial date in this matter. The Government also respectfully requests that time under the Speedy Trial Act be excluded between today and the date of the next conference to allow the parties to continue discussions regarding a resolution of this case. *See* 18 U.S.C. 3161(h)(7)(A). The Government has conferred with counsel for the defendants who have not pled guilty, and they each consent to the request for an adjournment and the exclusion of time. This is the first request for an adjournment.

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 4/18/17 AT 11:00AM IN COURTROOM 12D. THE COURT FINDS PURSUANT TO 18 U.S.C §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 4/18/17 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

LAURA TAYLOR SWAIN, USDJ  3/15/17

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

/s/
Amanda L. Houle/ Jason M. Swergold
Assistant United States Attorneys
(212) 637-2194 / 1023

cc: All defense counsel (by ECF)